AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Block, Frederic | U.S. District Court | 03/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>5b. ✔ Amended Report | 01/01/2017<br>**to**<br>12/31/2017 |

**7. Chambers or Office Address**

225 Cadman Plaza E.
Eastern District Court of NY
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Frederic Block, P.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 03/22/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | SELF-EMPLOYED - OWNER OF CONSTRUCTION COMPANY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bar Group, Bar Organization, or Bar Association (Private) | 02/14/2017 to 02/17/2017 | Salem OR | Non-FJC educational seminar or program | Travel 4.0 Business Days |
| 2. | Bar Group, Bar Organization, or Bar Association (Private) | 06/28/2017 to 06/30/2017 | Tampa FL | Non-FJC educational seminar or program | Travel 3.0 Business Days |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 03/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Frederic** | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BLACKROCK NY MUNI INC. | C | Dividend | L | T | | | | | |
| 2. BLACKROCK MUNIYIELD NY QLT | B | Dividend | K | T | | | | | |
| 3. CALAMOS STRAT TOT RETURN FD | C | Dividend | K | T | | | | | |
| 4. EATON VANCE TX-AD GL DIV GLOBAL DIV INC FD | D | Dividend | L | T | | | | | |
| 5. EATON VANCE TAX DIV INC DIV INC FD | D | Dividend | L | T | | | | | |
| 6. EATON VANCE ENH INC FD II | C | Dividend | K | T | | | | | |
| 7. ML BANK BANK DEPOSIT PRGM(FIA CARD SERVICES) NA ACCOUNT | A | Interest | L | T | | | | | |
| 8. GUGGENHEIM RUSSEL TO 50 EFT | B | Dividend | L | T | | | | | |
| 9. INVESTCO SENIOR INC TRUST | B | Dividend | | | Sold | 12/15/17 | K | A | |
| 10. ISHARES US CONSUMER GOODS ETF | A | Dividend | K | T | | | | | |
| 11. NUVEEN NY DIV ADV MUNI New Name NUVEEN NY QUALITY MUNI INC FD | B | Dividend | K | T | | | | | |
| 12. POWERSHARES QQQ TRUST SE 1 | A | Dividend | K | T | | | | | |
| 13. POWERSHARES PREFERRED PORTFOLIO | B | Dividend | K | T | | | | | |
| 14. POWERSHARES EXCHANGE TRADED FD TR II S7P 500 | A | Dividend | K | T | | | | | |
| 15. POWERSHARES VARIABLE RAT PREF PORTFOLIO | B | Dividend | K | T | | | | | |
| 16. ALLIANZGI NFJ DIV INT PREM STRAT AND PREM STRAT FD | C | Dividend | K | T | | | | | |
| 17. IRA - F. BLOCK | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALLIANCEBERNSTEIN GLOBAL HIGH | C | Dividend | L | T | | | | | |
| 19. BLACKROCK INTL GROWTH & INCOME TR | A | Dividend | J | T | | | | | |
| 20. BLACKROCK INTL GROWTH & INCOME TR | | None | | | Sold (part) | 09/21/17 | K | C | |
| 21. CALMOS STRAT TOT RET RETURN FD | D | Dividend | L | T | | | | | |
| 22. COHEN AND STEERS QUALITY INC REALTY FD INC | C | Dividend | K | T | | | | | |
| 23. EATON VANCE TAX DIV INC DIV INC FD | C | Dividend | L | T | | | | | |
| 24. EATON VANCE TX-AD GL DIV GL DIV INC FD | C | Dividend | L | T | | | | | |
| 25. EATON VANCE ENH INC FD II | C | Dividend | L | T | | | | | |
| 26. FIRST TR SR FL II SR FLOAT RATE INC FD 11 | B | Dividend | K | T | | | | | |
| 27. GABELLI DIV & INC TR INC TR | C | Dividend | L | T | | | | | |
| 28. BANK OF AMERICA NA RASP ACCOUNT ( FIA CARD SERVICES NA RASP) | A | Interest | L | T | | | | | |
| 29. MORGAN STANLEY EMERGING MARK | C | Dividend | K | T | | | | | |
| 30. ALLIANZGI NFJ DIVID INT &PR(NFJ DIV INT PREM STRAT AND PREMIUM STRAT) | C | Dividend | K | T | | | | | |
| 31. WESTERN ASSET HIGH INC OPPT FD | C | Dividend | | | Sold | 12/15/17 | K | A | |
| 32. BANK OF AMERICA NA RASP ACCOUNT | A | Interest | L | T | | | | | |
| 33. APPLE INC. (1) | A | Dividend | | | Sold | 10/20/17 | J | C | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. FACEBOOK INC CLASS A COMM(1) | | None | | | Sold | 10/19/17 | K | D | |
| 35. BANK OF SMITHTOWN | A | Interest | J | T | Closed | 01/03/17 | J | | |
| 36. IRA-F. BLOCK (2) | | | | | | | | | |
| 37. POWERSHARES DWA CONSUMER | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 38. POWERSHARES DWA CONSUMER | | | | | Sold | 01/24/17 | J | | |
| 39. MATERIALS SELECT SECTOR | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 40. MATERIALS SELECT SECTOR | | | | | Sold | 01/23/17 | J | A | |
| 41. ENBRIDGE INC | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 42. ENBRIDGE INC | | | | | Sold | 06/13/17 | J | A | |
| 43. GENERAL ELECTRIC | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 44. GENERAL ELECTRIC | | | | | Sold (part) | 07/19/17 | J | A | |
| 45. GENERAL ELECTRIC | | | | | Buy (add'l) | 08/14/17 | J | | |
| 46. GENERAL ELECTRIC | | | | | Sold | 10/31/17 | J | A | |
| 47. ISHARES US INDUSTRIALS | A | Dividend | K | T | Buy | 02/28/17 | K | C | |
| 48. ISHARES US INDUSTRIALS | | | | | Sold | 03/21/17 | K | C | |
| 49. ISHARES US REAL ESTATE | A | Dividend | K | T | Buy | 02/28/17 | K | A | |
| 50. ISHARES US REAL ESTATE | | | | | Sold | 03/21/17 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. ISHARES US UTILITIES | A | Dividend | K | T | Buy | 02/28/17 | J | A | |
| 52. ISHARES US UTILITIES | | | | | Sold | 03/21/17 | J | A | |
| 53. MATERIALS SELECT SECTOR | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 54. MATERIALS SELECT SECTOR | | | | | Sold | 03/21/17 | J | A | |
| 55. CONSUMER DISCRETIONARY | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 56. CONSUMER DISCRETIONARY | | | | | Sold (part) | 01/23/17 | J | A | |
| 57. CONSUMER DISCRETIONARY | | | | | Sold (part) | 03/21/17 | J | A | |
| 58. CONSUMER DISCRETIONARY | | | | | Sold (part) | 05/17/17 | J | A | |
| 59. CONSUMER DISCRETIONARY | | | | | Sold (part) | 07/19/17 | J | A | |
| 60. CONSUMER DISCRETIONARY SPDR | | | | | Sold (part) | 12/05/17 | J | A | |
| 61. BANK OF AMERICA NA RASP | A | Interest | J | T | | | | | |
| 62. AMN ELEC POWER CO | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 63. AMN ELEC POWER CO | | | | | Sold (part) | 07/19/17 | J | A | |
| 64. ASTRAZENECA PLC SPND | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 65. ASTRAZENECA PLC SPND | | | | | Sold (part) | 07/19/17 | J | A | |
| 66. AT&T INC | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 67. AT&T INC | | | | | Sold (part) | 07/19/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. BB&T CORP | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 69. BB&T | | | | | Buy (add'l) | 11/08/17 | J | | |
| 70. CARNIVAL CORP PAIRED | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 71. CARNIVAL CORP PAIRED SHS | | | | | Sold (part) | 04/18/17 | J | A | |
| 72. CARNIVAL CORP PAIRED SHS | | | | | Sold (part) | 07/19/17 | J | A | |
| 73. CARNIVAL CORP PAIRED | | | | | Buy (add'l) | 09/15/17 | J | | |
| 74. CISCO SYSTEMS INC | A | Dividend | J | T | Buy | 09/27/17 | J | | |
| 75. CME GROUP INC | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 76. CME GROUP INC | | | | | Buy (add'l) | 06/13/17 | J | | |
| 77. CME GROUP INC | | | | | Sold (part) | 07/19/17 | J | A | |
| 78. COCA COLA COM | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 79. COCA COLA COM | | | | | Sold (part) | 07/19/17 | J | A | |
| 80. DIGITAL RLTY TR INC | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 81. DOMINION ENERGY INC | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 82. DOMINION ENERGY INC | | | | | Sold (part) | 07/19/17 | J | A | |
| 83. EMERSON ELEC CO | A | Dividend | J | T | Buy | 06/13/17 | J | | |
| 84. GENERAL MOTORS CO | A | Dividend | J | T | Buy | 10/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.  GENERAL MOTORS CO | | | | | Buy (add'l) | 10/24/17 | J | | |
| 86.  HSBC HLDG PLC | A | Dividend | J | T | Buy | 12/26/17 | J | | |
| 87.  INTEL CORP | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 88.  INTEL CORP | | | | | Sold (part) | 07/19/17 | J | A | |
| 89.  INTEL CORP | | | | | Sold (part) | 09/25/17 | J | A | |
| 90.  INTL BUSINESS MACHINES | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 91.  INTL BUSINESS MACHINES | | | | | Buy (add'l) | 09/13/17 | J | | |
| 92.  INTL BUSINESS MACHINES | | | | | Buy (add'l) | 09/14/17 | J | | |
| 93.  JP MORGAN CHASE CO | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 94.  JP MORGAN CHASE CO | | | | | Sold (part) | 07/19/17 | J | A | |
| 95.  KIMBERLY CLARK | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 96.  KIMBERLY CLARK | | | | | Sold (part) | 07/19/17 | J | A | |
| 97.  KRAFT HEINZ CO | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 98.  KRAFT HEINZ CO | | | | | Sold (part) | 12/08/17 | J | A | |
| 99.  LOCKHEED MARTIN CORP | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 100.  LOCKHEED MARTIN CORP | | | | | Sold (part) | 07/19/17 | J | A | |
| 101.  MCDONALDS CORP | A | Dividend | J | T | Buy | 03/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. MCDONALDS CORP | | | | | Sold (part) | 07/19/17 | J | A | |
| 103. MCDONALDS CORP | | | | | Sold (part) | 11/09/17 | J | A | |
| 104. METLIFE INC | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 105. METLIFE INC | | | | | Sold (part) | 07/19/17 | J | A | |
| 106. METLIFE INC | | | | | Buy (add'l) | 08/14/17 | J | | |
| 107. OCCIDENTAL PETE CORP CAL | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 108. OCCIDENTAL PETE CORP CAL | | | | | Sold (part) | 06/08/17 | J | A | |
| 109. OCCIDENTAL PETE CORP | | | | | Sold (part) | 07/19/17 | J | A | |
| 110. PACCAR INC | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 111. PACCAR INC | | | | | Sold (part) | 07/19/17 | J | A | |
| 112. PACCAR INC | | | | | Sold (part) | 10/19/17 | J | A | |
| 113. PFIZER INC | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 114. PFIZER INC | | | | | Sold (part) | 07/19/17 | J | A | |
| 115. PHILLIP MORRIS INTL | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 116. PHILLIP MORRIS INTL INC | | | | | Sold (part) | 04/18/17 | J | A | |
| 117. PHILIP MORRIS INTL INC | | | | | Sold (part) | 07/19/17 | J | A | |
| 118. PPL CORPORATION | A | Dividend | J | T | Buy | 03/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Frederic** | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. PPL CORPORATION | | | | | Sold (part) | 12/27/17 | J | A | |
| 120. PROCTER GAMBLE CO | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 121. PROCTER GAMBLE CO | | | | | Buy (add'l) | 07/24/17 | J | | |
| 122. ROYAL DUTCH SHEL PLC | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 123. ROYAL DUTCH SHELL PLC | | | | | Sold (part) | 07/19/17 | J | A | |
| 124. TEXAS INSTRUMENTS | A | Dividend | J | T | Buy | 12/15/17 | J | | |
| 125. TORONTO DOMINION BANK | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 126. TORONTO DOMINION BANK | | | | | Sold (part) | 07/19/17 | J | A | |
| 127. TRANSCANADA CORP | A | Dividend | J | T | Buy | 06/13/17 | J | | |
| 128. TRANSCANADA CORP | | | | | Buy (add'l) | 06/23/17 | J | | |
| 129. TRANSCANADA CORP | | | | | Sold (part) | 07/19/17 | J | A | |
| 130. UNITED TECHS CORP | A | Dividend | J | T | Buy | 11/01/17 | J | | |
| 131. VENTAS INC | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 132. VENTAS INC | | | | | Sold (part) | 07/19/17 | J | A | |
| 133. VERIZON COMMUNICATIONS COM | A | Dividend | J | T | Buy | 04/21/17 | J | | |
| 134. VERIZON COMMUNICATIONS COM | | | | | Buy (add'l) | 07/21/17 | J | | |
| 135. VERIZON COMMUNICATIONS COM | | | | | Sold (part) | 11/09/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Block, Frederic | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  VODAFONE GROUP PLC | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 137.  VODAFONE GROUP PLC | | | | | Buy (add'l) | 11/21/17 | J | | |
| 138.  HEALTH CARE SELECT SPDR | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 139.  HEALTH CARE SELECT SPDR | | | | | Sold (part) | 03/21/17 | J | A | |
| 140.  HEALTH CARE SELECT SPDR | | | | | Sold (part) | 12/05/17 | J | A | |
| 141.  ISHARES NASDAQ BIOTECH ETF | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 142.  ISHARES MSCI EAFE | A | Dividend | K | T | Buy | 01/03/17 | J | | |
| 143.  ISHARES MSCI EAFE | | | | | Sold (part) | 03/21/17 | J | A | |
| 144.  ISHARES MSCI EAFE | | | | | Buy (add'l) | 05/22/17 | J | | |
| 145.  ISHARES MSCI EAFE | | | | | Sold (part) | 07/19/17 | J | A | |
| 146.  ISHARES EDGE MSCI | A | Dividend | K | T | Buy | 01/03/17 | K | | |
| 147.  ISHARES EDGE MSCI | | | | | Sold | 03/21/17 | K | B | |
| 148.  ISHARES IBOXX | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 149.  ISHARES IBOXX | | | | | Buy (add'l) | 03/24/17 | J | | |
| 150.  ISHARES IBOXX | | | | | Sold | 07/19/17 | J | A | |
| 151.  ISHARES TIPS BOND ETF | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 152.  ISHARES 3-7 YEAR | A | Dividend | J | T | Buy | 01/03/17 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.   ISHARES 3-7 YEAR | | | | | Buy (add'l) | 03/24/17 | J | | |
| 154.   ISHARES 3-7 YEAR | | | | | Sold (part) | 07/19/17 | J | A | |
| 155.   ISHARES MBS ETF | A | Dividend | K | T | Buy | 01/03/17 | J | | |
| 156.   ISHARES MBS ETF | | | | | Buy (add'l) | 05/22/17 | J | | |
| 157.   ISHARES MBS ETF | | | | | Sold (part) | 07/19/17 | J | A | |
| 158.   ISHARES IBOXX HIGH YIELD | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 159.   ISHARES IBOXX HIGH YIELD | | | | | Buy (add'l) | 03/24/17 | J | | |
| 160.   ISHARES IBOXX HIGH YIELD | | | | | Sold (part) | 07/19/17 | J | A | |
| 161.   ISHARES INC CORE MSCI | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 162.   ISHARES INC CORE MSCI | | | | | Sold (part) | 03/21/17 | J | A | |
| 163.   ISHARES INC CORE MSCI | | | | | Buy (add'l) | 05/22/17 | J | | |
| 164.   ISHARES INC CORE MSCI | | | | | Sold (part) | 10/24/17 | J | A | |
| 165.   POWERSHARES EM SOVEREIGN | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 166.   POWERSHARES EM SOVEREIGN | | | | | Sold (part) | 07/19/17 | J | A | |
| 167.   POWERSHARES PREFFERRED | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 168.   POWERSHARES PREFFERRED | | | | | Sold (part) | 07/19/17 | J | A | |
| 169.   REAL ESTATE SELECT | A | Dividend | J | T | Buy | 01/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. REAL ESTATE SELECT | | | | | Sold (part) | 01/23/17 | J | A | |
| 171. REAL ESTATE SELECT | | | | | Sold (part) | 03/21/17 | J | A | |
| 172. REAL ESTATE SELECT | | | | | Sold (part) | 05/17/17 | J | A | |
| 173. SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 174. SECTOR SPDR CONSMRS STPL | | | | | Sold (part) | 01/23/17 | J | A | |
| 175. SECTOR SPDR CONSMRS STPL | | | | | Buy (add'l) | 03/24/17 | J | | |
| 176. SECTOR SPDR CONSMRS STPL | | | | | Sold (part) | 05/17/17 | J | A | |
| 177. SECTOR SPDR ENERGY | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 178. SECTOR SPDR ENERGY | | | | | Sold (part) | 01/23/17 | J | A | |
| 179. SECTOR SPDR ENERGY | | | | | Sold (part) | 05/17/17 | J | A | |
| 180. SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 181. SECTOR SPDR INDUSTRIAL | | | | | Sold (part) | 01/23/17 | J | A | |
| 182. SECTOR SPDR INDUSTRIAL | | | | | Buy (add'l) | 06/21/17 | J | | |
| 183. SECTOR SPDR INDUSTRIAL | | | | | Sold (part) | 07/19/17 | J | A | |
| 184. SECTOR SPDR INDUSTRIAL | | | | | Sold (part) | 10/24/17 | J | A | |
| 185. SECTOR SPDR INDUSTRIAL | | | | | Sold (part) | 12/05/17 | J | A | |
| 186. SECTOR SPDR UTILITIES | A | Dividend | J | T | Buy | 01/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Frederic** | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187.  SECTOR SPDR UTILITIES | | | | | Sold (part) | 01/23/17 | J | A | |
| 188.  SECTOR SPDR UTILITIES | | | | | Buy (add'l) | 03/24/17 | J | | |
| 189.  SECTOR SPDR UTILITIES | | | | | Sold (part) | 05/17/17 | J | A | |
| 190.  SECTOR SPDR UTILITIES | | | | | Sold (part) | 07/19/17 | J | A | |
| 191.  SPDR S&P INSURANCE ETF | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 192.  SPDR S&P INSURANCE ETF | | | | | Sold (part) | 03/21/17 | J | A | |
| 193.  SPDR S&P INSURANCE ETF | | | | | Buy (add'l) | 12/08/17 | J | | |
| 194.  VANECK VECTORS JP | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 195.  VANECK VECTORS JP | | | | | Buy | 03/24/17 | J | | |
| 196.  VANECK VECTORS JP | | | | | Sold (part) | 07/19/17 | J | A | |
| 197.  VANGUARD FINANCIALS ETF | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 198.  VANGUARD FINANCIALS ETF | | | | | Buy (add'l) | 06/21/17 | J | | |
| 199.  VANGUARD FINANCIALS ETF | | | | | Buy (add'l) | 12/08/17 | J | | |
| 200.  VANGUARD FINANCIALS ETF | | | | | Sold (part) | 03/21/17 | J | A | |
| 201.  VANGUARD FINANCIALS ETF | | | | | Sold (part) | 10/24/17 | J | A | |
| 202.  VANGUARD INFORMATION | A | Dividend | K | T | Buy | 01/03/17 | K | | |
| 203.  VANGUARD INFORMATION | | | | | Sold (part) | 03/21/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 03/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  VANGUARD INFORMATION | | | | | Sold (part) | 05/17/17 | J | A | |
| 205.  VANGUARD INFORMATION | | | | | Sold (part) | 10/24/17 | J | A | |
| 206.  VANGUARD INFORMATION | | | | | Buy (add'l) | 12/08/17 | J | | |
| 207.  VANGUARD TELECOMM SRVCS | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 208.  VANGUARD TELECOMM SRVCS | | | | | Sold | 05/17/17 | J | A | |
| 209.  VANGUARD INTEREDIATE | A | Dividend | K | T | Buy | 01/26/17 | J | | |
| 210.  VANGUARD INTERMEDIATE | | | | | Buy (add'l) | 03/24/17 | J | | |
| 211.  VANGUARD INTERMEDIATE | | | | | Sold (part) | 07/19/17 | J | A | |
| 212.  VANGUARD INTERMEDIATE | | | | | Buy (add'l) | 10/26/17 | J | | |
| 213.  VANGUARD SHORT TERM BOND | A | Dividend | K | T | Buy | 01/26/17 | J | | |
| 214.  VANGUARD SHORT TERM BOND | | | | | Buy (add'l) | 03/24/17 | J | | |
| 215.  VANGUARD SHORT TERM BOND | | | | | Sold (part) | 07/19/17 | J | A | |
| 216. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Frederic** | 03/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederic Block**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544